IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saintvil, Lionel | Case Number: 06 B 02010 |
|---|---|---|
| | Saintvil, Dieunie | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 3/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed - No Disch:  August 15, 2008
Confirmed:  May 15, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,465.00 | |
| Secured: | | 2,782.74 |
| Unsecured: | | 13,823.99 |
| Priority: | | 0.00 |
| Administrative: | | 2,139.00 |
| Trustee Fee: | | 1,065.52 |
| Other Funds: | | 653.75 |
| Totals: | 20,465.00 | 20,465.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,139.00 | 2,139.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Affordable Furniture | Secured | 532.74 | 532.74 |
| 4. | HomEq Servicing Corp | Secured | 13,500.00 | 2,250.00 |
| 5. | Emerge Mastercard | Unsecured | 3,713.66 | 3,713.66 |
| 6. | Credit Management Service | Unsecured | 116.95 | 116.95 |
| 7. | Affordable Furniture | Unsecured | 569.82 | 569.82 |
| 8. | National Check Bureau | Unsecured | 4,925.58 | 4,925.58 |
| 9. | Asset Acceptance | Unsecured | 330.49 | 330.49 |
| 10. | Artistic Dental Centre | Unsecured | 90.00 | 90.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,167.15 | 1,167.15 |
| 12. | MCSI | Unsecured | 125.00 | 125.00 |
| 13. | ECast Settlement Corp | Unsecured | 237.50 | 237.50 |
| 14. | B-Line LLC | Unsecured | 403.62 | 403.62 |
| 15. | St Margaret Mercy Hospital | Unsecured | 1,121.43 | 1,121.43 |
| 16. | National Capital Management | Unsecured | 387.18 | 387.18 |
| 17. | RMI/MCSI | Unsecured | 400.00 | 400.00 |
| 18. | RoundUp Funding LLC | Unsecured | 235.61 | 235.61 |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Alverno Receivable Services | Unsecured | | No Claim Filed |
| 21. | American Lawn Serivce | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | Card Protection Association | Unsecured | | No Claim Filed |
| 25. | Card Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saintvil, Lionel | | Case Number: 06 B 02010 |
| --- | --- | --- | --- |
| | Saintvil, Dieunie | | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | | Filed: 3/3/06 |

| | | | |
| --- | --- | --- | --- |
| 26. | Island National Group | Unsecured | No Claim Filed |
| 27. | Daniel Babcock | Unsecured | No Claim Filed |
| 28. | Jefferson Capital | Unsecured | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | No Claim Filed |
| 30. | Collection Company Of America | Unsecured | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | No Claim Filed |
| 32. | Loui Harris & Co | Unsecured | No Claim Filed |
| 33. | Nicor Gas | Unsecured | No Claim Filed |
| 34. | MRSI | Unsecured | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | No Claim Filed |
| 36. | Park Dansan | Unsecured | No Claim Filed |
| 37. | Northeast Credit Collection | Unsecured | No Claim Filed |
| 38. | RMI/MCSI | Unsecured | No Claim Filed |
| 39. | RMI/MCSI | Unsecured | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | No Claim Filed |
| 41. | RMI/MCSI | Unsecured | No Claim Filed |
| 42. | Seventh Avenue | Unsecured | No Claim Filed |
| 43. | Visa | Unsecured | No Claim Filed |
| 44. | Merchants Credit Guide | Unsecured | No Claim Filed |
| 45. | Unifund Corporation | Unsecured | No Claim Filed |

$ 29,995.73      $ 18,745.73

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.5% | 1.82 |
| 5% | 174.25 |
| 4.8% | 61.42 |
| 5.4% | 725.80 |
| 6.5% | 102.23 |

$ 1,065.52

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: